ED (Rev.5/13) General Civil Complaint

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Lenise Cook

Plaintiff(s),

v.

Detroit Receiving Hospital Emergency Department

Defendant(s).

Case: 2:14-cv-12515
Judge: Battani, Marianne O.
MJ: Grand, David R.
Filed: 06-26-2014 At 09:36 AM
CMP MARY LENISE COOK V DETROIT RECEIVING HOSPITAL (LG)

## COMPLAINT

I. Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Detroit Receiving Hospital + Emergency Department
2. 
3. 
4. 
5. 

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Well you're honor it's done to explain the injury! Let's put myself in a mind of a junkie. If I inserted a needle in my arm for the first time

D (Rev.5/13) General Civil Complaint

by me not being a drug user, I wouldn't know what vein to use! So therefore, I would hit a vein, but the wrong vein, and the hand would start to swell! Explain! Unfortunally, I'm not a junkie. There was obvious signs of drugs when I enter the emergency department. Then the degradation of this accusation. I am diagnois which complex regional pain syndrome, which is cause by an injury!

III. Relief. Briefly state exactly what you want the court to do for you.

Settlement offer of $100,000 workers compensation. This is for general damages which means this compensation for thy suffering cause by the malpractice things like physical and mental pain and suffering loss of enjoyment of life and loss consortium. Since 2012, I have suffer from major depressing disorders, wondering why! A hospital is suppose to care for people not hurt them! (2) And also punitive damages! These damages are meant to punish a physician or medical facility for conduct

_D (Rev.5/13) General Civil Complaint

that is seriously egregious!
I didn't ask for this injury!

IV. Additional Information. – Briefly enter any additional information, you may use additional paper.

All in All Detroit Receiving Hospital Emergency department, neither the hospital itself never admitted that they cause this injury! 6 See attachments of my statement from that day

V. Demand for Jury Trial. Check this box if you want your case to be decided by a jury, instead of a judge.

☐ Plaintiff demands a jury trial on all issues.

Dated: 6/26/2014

Plaintiff's Signature

Mary L. Cook
Plaintiff's Printed Name

3240 W. Boston 103b
Street Address

Det, M, 48206
City, State, Zip Code

(313)645-6809
Telephone Number

E-mail Address

Harper Neurology Clinic                                    COOK, MARY - H-844015896

\* Final Report \*

Result type:        Harper Neurology Clinic
Result date:        September 27, 2012 00:00
Result status:      Auth (Verified)
Result title:       51
Performed by:       TSELIS MD, ALEXANDROS C on September 27, 2012 16:43
Verified by:        TSELIS MD, ALEXANDROS C on October 01, 2012 17:09
Encounter info:     180001014208, HARPER-HUTZEL, Outpatient-Active, 09/27/2012 - 10/28/2012
Contributor system: MEDQ

## \* Final Report \*

*Statement attachment*

**51 (Verified)**

HARPER UNIVERSITY HOSPITAL
DEPARTMENT OF NEUROLOGY

OFFICE VISIT

```
PATIENT: COOK, MARY
MR#:     844015896
DMC#:    10269410
ACCT#:   180001014208
DOB:     11/26/1966
DATE:    09/27/2012
```

HISTORY OF PRESENTING ILLNESS: Ms. Mary Cook is a 45-year-old woman with no current medical problems who came in with chief complaint of pain in the lateral aspect of the forearm and radiating up to the neck and numbness in the right thumb, index, middle and ring fingers.

According to the patient, she was admitted in the month of July for gastric ulcer problems in the hospital. She had an IV placed by an ED nurse. During her hospital course she developed a patch of tingling and numbness almost extending up to her hand from IV site in elbow after which her tingling and numbness resolved. However, she noticed some swelling and pain in the hands.

The patient was discharged home after the workup and at home she noticed that the swelling and pain in her hands were increasing and according to her hand size almost increased up to the size of the boxing glove.

Her swelling gradually decreased and she then followed up with the Sinai Grace Sinai Clinic where she was given a prescription for Vicodin. After she stopped taking Vicodin, she started having pain in the lateral aspect of the forearm and radiating up to the neck.

Printed by:  HARRIS, LORETTA D
Printed on:  03/12/2014 14:36

JS 44 (Rev. 12/12) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Mary Lenise Cook

**(b)** County of Residence of First Listed Plaintiff: Wayne 26163
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Detroit Receiving Hospital E.R.

County of Residence of First Listed Defendant: Wayne 26163
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Case: 2:14-cv-12515
Judge: Battani, Marianne O.
MJ: Grand, David R.
Filed: 06-26-2014 At 09:36 AM
CMP MARY LENISE COOK V DETROIT RECEIVING HOSPITAL (LG)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(omitted checkboxes)

### IV. NATURE OF SUIT
- ☒ 362 Personal Injury - Medical Malpractice
- (circled) 153 Recovery of Overpayment of Veteran's Benefits
- (circled) 190 Other Contract
- (circled) 195 Contract Product Liability
- (circled) 196 Franchise
- (circled) 440 Other Civil Rights

### V. ORIGIN
☒ 1 Original Proceeding

### VI. CAUSE OF ACTION
Brief description of cause: Injury

### VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000
JURY DEMAND: ☒ No

DATE: 6/25/2014
SIGNATURE OF ATTORNEY OF RECORD: Mary S. Cook

...RSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☑ | Two (2) completed **Civil Cover Sheets**. | |
| ☑ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___1___ + 2 = ___3___ **Complaints.**<br># of Defendants      Total<br><br>Received by Clerk: _____  Addresses are complete: _____ | Case: 2:14-cv-12515<br>Judge: Battani, Marianne O.<br>MJ: Grand, David R.<br>Filed: 06-26-2014 At 09:55 AM<br>CMP MARY LENISE COOK V DETROIT RECEIVING HOSPITAL (LG) |
| ☐ | If any of your defendants are **government agencies**: Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>*Clerk, U.S. District Court*<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| **Service via Summons by Self** | **Service by U.S. Marshal**<br>(Only available if fee is waived) | **Service via Waiver of Summons**<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13